**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Darel Hargrove

v.  Case Number: 4:17−cv−00402

Texas A&M University, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:** Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/26/2019

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Settlement Conference


Date:   July 15, 2019

David J. Bradley, Clerk